**No. 39113.**—Protest 468178–G of Amberg Schwab & Co., Inc. (New York).

Opinion by Tilson, J. It was established that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.